UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CONGRESS,<br><br>　　　　　Defendant. | No. 1:16-cv-01282-DAD-MJS (PC)<br><br>ORDER DISMISSING ACTION FOR PLAINITFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 17)<br><br>CLERK TO TERMINATE MOTIONS AND CLOSE CASE |

　　　　Plaintiff is a state prisoner proceeding *pro se* in a civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

　　　　On September 13, 2016, and September 30, 2016, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. Nos. 4 and 8.) On November 23, 2016, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $400 filing fee in full within thirty days. (Doc. No. 17.) Plaintiff was cautioned that his failure to comply with that order would result in dismissal of this action. (*Id*. at 2.)

The thirty day deadline has passed without plaintiff either paying the filing fee or seeking an extension of time to do so.  Accordingly, pursuant to Local Rule 110, this action is hereby dismissed without prejudice due to plaintiff's failure to pay the required filling fee.  The Clerk is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2017**

UNITED STATES DISTRICT JUDGE